UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON RUBINSTEIN,

                Plaintiff,      Case No. 16-CV-2935-PAE

v.

LANNETT COMPANY, INC.,

                Defendant.

# DECLARATION OF ELIZABETH C. VIELE, ESQ.

I, Elizabeth C. Viele, declare:

1. I am a partner at the law firm Fox Rothschild LLP, counsel to Lannett Company, Inc. ("Defendant"), and am fully familiar with the facts set forth herein.

2. Attached hereto as Exhibit "A" is the Certificate of Incorporation of Lannett Company, Inc.

3. Attached hereto as Exhibit "B" are the ByLaws of Lannett Company, Inc.

4. Attached hereto as Exhibit "C" is a screen shot from SEC EDGAR website, along with the applicable Form 4.

5. Attached hereto as Exhibit "D" is a copy of (partially redacted) check from Arthur Bedrosian dated February 9, 2016.

6. Attached hereto as Exhibit "E" is a copy of *Boilermakers Local 154 Retirement Fund v. Chevron Corporation, et al.*, 73 A.D.3d 934.

Executed on June 10, 2016.

                                               */s/ Elizabeth C. Viele*
                                               Elizabeth C. Viele