USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **6/27/2016**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON RUBENSTEIN, <br><br> Plaintiff, <br> v. <br><br> LANNETT CO., INC., <br><br> Defendant. | No. 16-CV-2935 (ER) <br><br> (ECF CASE) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and his counsel hereby gives notice that Plaintiff voluntarily dismisses this case with prejudice.

Dated: New York, New York
June 24, 2016

*s/ Miriam Tauber*
_____

Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Avenue 2A
New York, New York 10075
Tel:   323.790.4881
MiriamTauberLaw@gmail.com

*Attorney for Plaintiff*

Granted.

6/27/16

**SO ORDERED:**

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

1